AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-10071-VC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Doug Burgum, Kevin Lilly, et al. (full list below )

was received by me on *(date)* 09/14/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: The summons was not served and is returned unexecuted. Plaintiffs have filed an amended complaint and proposed summons for that complaint.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

/s/ Heather M. Lewis

*Server's signature*

Heather M. Lewis

*Printed name and title*

1515 Clay St. 20th Floor
Oakland, CA 94612

*Server's address*

Additional information regarding attempted service, etc:

Summons for: Doug Burgum, U.S. Secretary of the Interior; Kevin Lilly, Principal Deputy Assistant Secretary for Fish and Wildlife and Parks; United States Fish and Wildlife Service; Howard Lutnick, U.S. Secretary of Commerce; Timothy R. Petty, Assistant Secretary of Commerce for Oceans and Atmosphere and Deputy NOAA Administrator; National Marine Fisheries Service; Craig H. Missakian, U.S. Attorney for the Northern District of California; Civil Process Clerk, U.S. Attorney for the Northern District of California.