AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiff(s)*<br>v.<br>DOUG BURGUM; KEVIN LILLY; UNITED STATES FISH AND WILDLIFE SERVICE; HOWARD LUTNICK, TIMOTHY R. PETTY, and NATIONAL MARINE FISHERIES SERVICE<br>*Defendant(s)* | ) | Civil Action No. 4:26-cv-10071 ASK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Doug Burgum, U.S. Secretary of the Interior; Kevin Lilly, Principal Deputy Assistant Secretary for Fish and Wildlife and Parks; United States Fish and Wildlife Service
1849 C Street, N.W., Washington, D.C. 20240

Howard Lutnick, U.S. Secretary of Commerce; Timothy R. Petty, Assistant Secretary of Commerce for Oceans and Atmosphere and Deputy NOAA Administrator
1401 Constitution Ave., N.W., Washington, D.C. 20230

National Marine Fisheries Service
1315 East-West Highway, Silver Spring, Maryland 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tara L. Mueller, California Department of Justice, Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 9/14/2026

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

STATE OF CALIFORNIA, et al.,

*Plaintiff(s)*

v.

DOUG BURGUM; KEVIN LILLY; UNITED STATES FISH AND WILDLIFE SERVICE; HOWARD LUTNICK, TIMOTHY R. PETTY, and NATIONAL MARINE FISHERIES SERVICE,

*Defendant(s)*

Civil Action No. 4:26-cv-10071 ASK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Craig H. Missakian, U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102

Civil Process Clerk, U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tara L. Mueller, California Department of Justice, Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 9/14/2026

*Signature of Clerk or Deputy Clerk*

Mark Romyn